IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| UNIVERSITY HEALTH SYSTEMS OF EASTERN CAROLINA, INC. D/B/A ECU HEALTH; PITT COUNTY MEMORIAL HOSPITAL, INCORPORATED D/B/A ECU HEALTH MEDICAL CENTER, and D/B/A ECU HEALTH BEAUFORT HOSPITAL – A CAMPUS OF ECU HEALTH MEDICAL CENTER; EAST CAROLINA HEALTH – BEAUFORT, INC.; DUPLIN GENERAL HOSPITAL, INC. D/B/A ECU HEALTH DUPLIN HOSPITAL; and EAST CAROLINA HEALTH – HERITAGE, INC. D/B/A ECU HEALTH EDGECOMBE HOSPITAL,<br><br>    Plaintiffs,<br><br>    v.<br><br>PARTNERS NATIONAL HEALTH PLANS OF NORTH CAROLINA, INC. and BLUE CROSS AND BLUE SHIELD OF NORTH CAROLINA,<br><br>    Defendants. | Civil Action No. 4:25-cv-00121-M-KHS |

**PLAINTIFFS' MOTION TO REMAND THE CASE TO THE NORTH CAROLINA GENERAL COURT OF JUSTICE, SUPERIOR COURT DIVISION**

Plaintiffs University Health Systems of Eastern Carolina, Inc. d/b/a ECU Health; Pitt County Memorial Hospital, Incorporated d/b/a ECU Health Medical Center, and d/b/a ECU Health Beaufort Hospital – A Campus of ECU Health Medical Center; East Carolina Health – Beaufort, Inc.; Duplin General Hospital, Inc. d/b/a ECU Health Duplin Hospital; and East Carolina Health – Heritage, Inc. d/b/a ECU Health Edgecombe Hospital (collectively, "ECU Health")—by and through their undersigned counsel and pursuant to 28 U.S.C. § 1447(c) and Local Civil Rule

7.1(a)—hereby file this Motion to Remand the Case to the North Carolina General Court of Justice, Superior Court Division ("Motion"). Contemporaneously with this Motion, ECU Health files a Memorandum in Support, which is fully incorporated herein by reference for all purposes.

Dated: September 12, 2025

**K&L GATES LLP**

*/s/ Anderson M. Shackelford*
Gary S. Qualls
N.C. State Bar No. 16798
gary.qualls@klgates.com
Nate A. Huff
N.C. State Bar No. 40626
nate.huff@klgates.com
Anderson M. Shackelford
N.C. State Bar No. 49510
anderson.shackelford@klgates.com
430 Davis Drive
Morrisville, NC 27560
Telephone: (919) 466-1195
Facsimile: (919) 516-2072

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Fed. R. Civ. P. 5(b)(2)(E), the undersigned served a copy of the foregoing document by filing the same with the court's electronic-filing system, which will electronically transmit a copy to all attorneys of record.

Dated: September 12, 2025

**K&L GATES LLP**

*/s/ Anderson M. Shackelford*
Gary S. Qualls
N.C. State Bar No. 16798
gary.qualls@klgates.com
Nate A. Huff
N.C. State Bar No. 40626
nate.huff@klgates.com
Anderson M. Shackelford
N.C. State Bar No. 49510
anderson.shackelford@klgates.com
430 Davis Drive
Morrisville, NC 27560
Telephone: (919) 466-1195
Facsimile: (919) 516-2072

*Counsel for Plaintiffs*